

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tyrone Rogers,

                                       Petitioner,

v.

Josie Gastelo,
Warden at California Men's Colony (CMC)

                                 Respondent

**Civil Action No.**   16cv1943-MMA(BGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court overrules Petitioner's objections, adopts the Recommendation that the petition be dismissed, and dismisses the petition with prejudice. The Court denies Petitioner's request for an evidentiary hearing and declines to issue a certificate of appealability.

**Date:**          9/19/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:   s/   R. Chapman

                                R. Chapman, Deputy